RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for Aquino

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-cr-00118-KJD-CWH |
| Plaintiff, | |
| vs. | **ORDER** |
| ENRIQUE AQUINO, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Probation Department will prepare a Pre-Plea Pre-Sentence Investigation Report on Defendant Enrique Aquino.

DATED this the  5  day of December, 2011.

_____
DISTRICT COURT JUDGE

3