FILED ___ ENTERED ___ RECEIVED ___ SERVED ON COUNSEL/PARTIES OF RECORD

MAY - 2 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>           Plaintiff,        )<br>                              )<br>      v.                      )<br>                              )<br> ENRIQUE AQUINO,              )<br>                              )<br>           Defendant.         ) | 2:11-cr-00118-KJD-PAL |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on May 2, 2011, defendant ENRIQUE AQUINO pled guilty to Count One of an Information charging him with Possession of a Stolen Firearm, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

This Court finds defendant ENRIQUE AQUINO agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Information and in the Plea Memorandum.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Information and in the Plea Memorandum and the offense to which defendant ENRIQUE AQUINO pled guilty.

. . .

. . .

1       The following asset is subject to forfeiture pursuant to Title 18, United States Code, Section
2 924(d)(1) and Title 28, United States Code, Section 2461(c):
3       1) a Heritage, model Rough Rider, .22 caliber revolver, serial # F07048;
4       2) a Hawk, model 982, 12 gauge shotgun, serial # 0055974; and
5       3) any and all ammunition ("property").
6       b.     any and all ammunition
7       This Court finds the United States of America is now entitled to, and should, reduce the
8 aforementioned property to the possession of the United States of America.
9       NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
10 United States of America should seize the aforementioned property.
11       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
12 SEAN PATRICK RYAN in the aforementioned property is forfeited and is vested in the United
13 States of America and shall be safely held by the United States of America until further order of the
14 Court.
15       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
16 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
17 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
18 the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
19 the name and contact information for the government attorney to be served with the petition,
20 pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).
21       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be
22 filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.
23       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
24 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
25 following address at the time of filing:
26

Michael A. Humphreys
Assistant United States Attorney
Nevada State Bar No. 1925
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this __2__ day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE