RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-cr-00118-KJD-CWH |
| Plaintiff, | **UNOPPOSED MOTION TO PERMIT DEFENDANT TO HOLD SON AT SENTENCING HEARING.** |
| vs. | (Expedited Treatment Requested) |
| ENRIQUE AQUINO, | |
| Defendant. | |

Mr. Aquino is set for sentencing on September 25, 2012 at 9:00 a.m.. Mr. Aquino is facing a term of incarceration of no less than 57 months.

On June 30, 2011, while Mr. Aquino was incarcerated on the instant case, his son was born. His son is now one year old. Mr. Aquino has only seen pictures of his son. He has never even had the opportunity to hold or even touch his son. Mr. Aquino recognizes that it is by no fault but his own that he has not been able to do so given his involvement in this case.

Mr. Aquino's father is planning on being in attendance at the sentencing hearing. He will have Mr. Aquino's son present with him. Mr. Aquino is requesting special permission to be able to momentarily hold his son at the conclusion of his sentencing hearing.

Defense counsel has inquired of Marshal Greg Dewey as to whether such a request could even be facilitated. Mr. Dewey has represented that, should this court grant such a request, the

accommodation could be made on the condition that Mr. Aquino hold his son immediately following the sentencing hearing inside the courtroom prior to Mr. Aquino being transported back to the Marshal lock-up. The Marshals have also requested that in order to facilitate this request, there be no hearing immediately following Mr. Aquino's sentencing hearing.

Accordingly, Mr. Aquino respectfully requests permission to hold his son following his sentencing hearing on the conditions stated above as set forth by the Marshals. Furthermore, recognizing that he is currently scheduled on the 9 a.m. stacked calendar, Mr. Aquino would further request that he be placed last on the September 5, 2012 calendar or simply have his sentencing hearing rescheduled to another time where there are no hearings following his.

Defense counsel has spoken to the government about this request. The government submits the matter to the Marshals and court's discretion.

DATED this 27th day of August, 2012.

RENE L. VALLADARES  
Federal Public Defender

*/s/ Raquel Lazo*

_____  
RAQUEL LAZO  
Assistant Federal Public Defender

RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for Aquino

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ENRIQUE AQUINO,<br><br>Defendant. | 2:11-cr-00118-KJD-CWH<br><br>**ORDER** |

IT IS HEREBY ORDERED that Mr. Aquino may hold his son, in the courtroom, at the conclusion of the sentencing hearing that is scheduled for September 5, 2012 at the hour of 11:00 a.m., Courtroom 6D (to trail all matters scheduled at 9:00 a.m.)

DATED this the 27th day of August, 2012.

_____
DISTRICT COURT JUDGE