FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
                COUNSEL/PARTIES OF RECORD

2012 SEP -5  P 12: 56

                COURT
DISTRICT OF NEVADA

BY _____ _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:11-CR-118-KJD-(CWH) |
| ENRIQUE AQUINO, aka Cartoon, ) | |
| Defendant. ) | |

### FINAL ORDER OF FORFEITURE AS TO DEFENDANT ENRIQUE AQUINO, aka Cartoon

On May 2, 2012, this Court entered the Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), forfeiting property of defendant ENRIQUE AQUINO, aka Cartoon, to the United States of America. Preliminary Order of Forfeiture, ECF No. 33.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) that the forfeiture of the property named in the Preliminary Order of Forfeiture (ECF No. 33) is final as to defendant ENRIQUE AQUINO, aka Cartoon.

DATED this 5 day of Sept, 2012.

_____
UNITED STATES DISTRICT JUDGE