DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137
MICHAEL A. HUMPHREYS
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336 Facsimile: (702) 388-6787
Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:11-CR-118-KJD-(CWH) |
| ) | |
| ENRIQUE AQUINO ) | |
| ) | |
| Defendant. ) | |

**UNITED STATES' SECOND UNOPPOSED MOTION TO
CONTINUE THE DATE TO RESPOND TO DAVID
SERRANO'S MOTION FOR RETURN OF PROPERTY**

The United States of America ("United States"), by and through Daniel G. Bogden, United States Attorney for the District of Nevada and Michael A. Humphreys, Assistant United States Attorney, respectfully moves this Court to grant a second extension of time, until and including November 30, 2012, for the United States to file its response to David Serrano's Motion To Return Property, that property being identified as:

a Heritage, model Rough Rider, .22 caliber revolver, serial number: F07048.

The Government's Opposition is currently due on September 26, 2012. David Serrano, proceeding *pro se,* consents to this motion. In this case, the defendant, Enrique Aquino, was indicted on March 23, 2011, for possessing, concealing and/or storing a firearm. On May 2, 2012, defendant Aquino pled guilty to possessing, concealing and/or storing a firearm. As a condition of that plea agreement, the defendant consented to the criminal forfeiture of the above-referenced handgun seized from him coincident to his arrest. The United States learned through its own investigation that David Serrano was the true owner of that revolver. The United States Attorney for the District of

Nevada formally notified Mr. Serrano about the gun and consistent with that notification, Mr. Serrano filed his Motion for Return of Property on July 2, 2012.

Pursuant to that filing, this Court ordered the United States to file its opposition to Mr. Serrano's motion by July 19, 2012. On July 18, 2012, this Court granted the Government's Consent Motion to Extend the time to file its opposition to David Serrano's motion for return of property until September 26, 2012.

The defendant was sentenced on September 4, 2012; and the criminal judgment against him was entered on September 10, 2012. The Government is prepared to finalize its settlement agreement with Mr. Serrano, but cannot return the gun to him, pursuant to that settlement agreement, until the defendant has exhausted his appellate rights. The Government needs to wait at least an additional sixty days until the defendant's appellate rights have been exhausted. Once the Government and Mr. Serrano have entered into a stipulated agreement, the litigation will be complete, vitiating the need for the Government to file a response to Mr. Serrano's motion. This matter should be settled by November 30, 2012.

As noted above, Government counsel discussed the matter of a government continuance with David Serrano on September 25, 2012, and Mr. Serrano gave Government counsel authorization to represent to this Court that he (Mr. Serrano) consents to this motion.

This motion is not submitted solely for the purpose to delay or for any other improper purpose.

1  WHEREFORE, , the United States moves this Court to grant its motion to extend the time
2 for the United States to file its Response To David Serrano's Motion For Return of Property until
3 November 30, 2012.

4  DATED this 26th day of September, 2012.

Respectfully submitted,
DANIEL G. BOGDEN
United States Attorney

/s/Michael A. Humphreys
MICHAEL A. HUMPHREYS

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 27, 2012

3

**PROOF OF SERVICE**

I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the following individuals were served with a copy of the foregoing on September 26, 2012, by the below identified method of service:

<u>CM/ECF</u>:

Raquel Lazo
Federal Public Defender
411 E. Bonneville Ave.
Las Vegas, NV 89101
Email: Raquel_Lazo@fd.org
Counsel for Defendant Enrique Aquino

<u>Regular Mail</u>:

David T. Serrano, Sr.
47863 Sun Valley Drive
Las Vegas, NV 89121

/s/ Elizabeth Baechler-Warren
Elizabeth Baechler-Warren
Forfeiture Support Associate Paralegal