# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:11-CR-118-KJD-CWH |
| v. | **ORDER** |
| ENRIQUE AQUINO, | |
| Defendant. | |

On September 27, 2012, the Court granted the Government's Unopposed Motion to Continue Response Date (#50) to a motion for return of property. The Government's response deadline was extended until November 30, 2012. On November 2, 2012, the Government filed Notice (#51) of service of process on an interested party.

Accordingly, IT IS HEREBY ORDERED that the Government file a Status Report no later than January 23, 2013.

DATED this 9TH day of January 2013.

Kent J. Dawson
United States District Judge