# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ENRIQUE AQUINO, )<br>aka Cartoon, )<br>)<br>Defendant. ) | 2:11-CR-118-KJD-(CWH) |

**FINAL ORDER OF FORFEITURE**

On May 2, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant ENRIQUE AQUINO to criminal offense, forfeiting specific property alleged in the Criminal Information and agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offense to which defendant ENRIQUE AQUINO pled guilty. Criminal Information, ECF No. 30; Plea Memorandum, ECF No. 32; Preliminary Order of Forfeiture, ECF No. 33; Change of Plea Minutes, ECF No. 34.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from May 8, 2012, though June 6, 2012, notifying all known third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 35.

. . .

1        On June 29, 2012, the United States Marshals Service personally served David T. Serrano, Sr., with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 37.

On October 10, 2012, the United States Marshals Service executed service on Thomas J. Wilson, Chairman, President, and CEO, The Allstate Corporation by mailing the Preliminary Order of Forfeiture and the Notice by United States Postal Service regular mail and by certified return receipt requested mail. Second Notice of Filing Service of Process, ECF No. 51, p. 2 - 16.

On October 10, 2012, the United States Marshals Service executed service on Susan L. Lees, Executive Vice President and General Counsel, Allstate Insurance Company by mailing the Preliminary Order of Forfeiture and the Notice by United States Postal Service regular mail and by certified return receipt requested mail. Second Notice of Filing Service of Process, ECF No. 51, p. 17 - 31.

On October 10, 2012, the United States Marshals Service executed service on CT Corporation System, Registered Agent for The Allstate Corporation by mailing the Preliminary Order of Forfeiture and the Notice by United States Postal Service regular mail and by certified return receipt requested mail. Second Notice of Filing Service of Process, ECF No. 51, p. 32 - 46.

On October 10, 2012, the United States Marshals Service executed service on The Corporation Trust Company, Registered Agent for The Allstate Corporation by mailing the Preliminary Order of Forfeiture and the Notice by United States Postal Service regular mail and by certified return receipt requested mail. Second Notice of Filing Service of Process, ECF No. 51, p. 47 - 61.

On July 2, 2012, David T. Serrano, Sr., filed a Motion for Return of Property as to the Heritage, model Rough Rider, .22 caliber revolver, serial # F07048. Motion for Return of Property, ECF No. 36.

On January 16, 2013, the United States filed a Petition, Stipulation for Return of Property, and Order (ECF No. 53) for David T. Serrano, Sr.

On January 17, 2013, the Court entered an Order Granting Petition, Stipulation for Return of Property (ECF No. 54) for David T. Serrano, Sr.

This Court finds no other petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    a.    a Heritage, model Rough Rider, .22 caliber revolver, serial # F07048;

    b.    a Hawk, model 982, 12 gauge shotgun, serial # 0055974; and

    c.    any and all ammunition ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this ___4th___ day of ___February___, 2013.

                                              _____
                                              UNITED STATES DISTRICT JUDGE