# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>v.<br><br>ENRIQUE EMPERADO AQUINO,<br><br>    Defendant. | Case No. 2:11-CR-00118-KJD-CWH-1<br><br>**AMENDED ORDER** |

    Presently before the Court for consideration is the matter of <u>United States v. Aquino</u> 2:11-cr-00118-KJD-CWH-1.

    On July 12, 2016, this Court held a hearing for Revocation of Supervised Release as to Mr. Aquino. The Court ordered that Mr. Aquino reside in the Las Vegas Residential Re-entry Center for a period of up to four (4) months as approved and directed by the probation officer. Additionally, this Court ordered that Mr. Aquino participate in the C.A.R.E. Program at the Las Vegas Residential Re-entry Center for a period of up to seven (7) months as approved and directed by the probation officer. Mr. Aquino shall be confined to home confinement with location monitoring for a period of up to four months while in the first phase of the C.A.R.E. Program.

    Pursuant to modified conditions provided to this Court by Mr. Aquino's probation officer, while participating in the program, if Mr. Aquino tests positive for alcohol and any controlled

substance, and/or any form of synthetic marijuana or synthetic stimulants, he will be taken into custody for a minimum period of seven days.

Accordingly, **IT IS THEREFORE ORDERED** that Mr. Aquino reside in the Las Vegas Residential Re-entry Center for a period of up to four (4) months;

**IT IS FURTHER ORDERED** that Mr. Aquino participate in the C.A.R.E. Program at the Las Vegas Residential Re-entry Center for a period of up to seven (7) months with a condition of home confinement with monitoring for a period of up to four (4) months during first phase of C.A.R.E. Program.

DATED this 12th day of July 2016

_____
Kent J. Dawson
United States District Judge